UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, *on behalf of himself and all others similarly situated,*

                    Plaintiff,

          – against –

FINES GAS APPLIANCES, INC.,

                    Defendant.

**ORDER**

23 Civ. 1263 (ER)

Ramos, D.J.:

    Andrew Toro brought this against Fines Gas Appliances on February 15, 2023, pursuant to the Americans with Disabilities Act. Doc. 1. Service was executed upon Fines Gas Appliances on February 21, 2023. Doc. 5. Its answer was due by March 14, 2023. *Id.* As of the date of this order, Fines Gas Appliances has not answered.

    Toro is therefore directed to file a status report with the Court by April 7, 2023. Failure to do so may result in dismissal of this case for failure to prosecute.

    It is SO ORDERED.

Dated:    March 31, 2023
             New York, New York

                                                              EDGARDO RAMOS, U.S.D.J.